UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Dec 13 2021

ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 1:20-cr-00043-HSO-JCG

CORDALE DIJON EASON

## ORDER

The defendant having been arrested and made his initial appearance before the Court, and upon request of the United States Attorney, the Clerk is directed to unseal the Amended Petition for Warrant or Summons for Offender Under Supervision; the Petition for Warrant or Summons for Offender Under Supervision; and the Arrest Warrant filed in this case.

SO ORDERED, this the 13th day of December 2021.

_____
UNITED STATES MAGISTRATE JUDGE